RECEIV   RECEIVED & FILED 20-11-2010
2010        2010 NOV 23 PM 2:44

Honorable, Jose A Fuste

Soy una Madre decesperada sin recurso. que con deceo se haga justicia a mi hijo Andres de Leon Quiñones hace 5 años esta preso y yo no se de leyes, pero espero en Dios que Usted me Ayude. Perdoneme pero el tiene 3 años esperado por una apelacion para aclarar Su situacion. Espero que pueda leer esta cartita, se que es un Hombre muy ocupado pero no se "Dio" me dice que confie en mis pensamientos de Madre, El Papa de Andres y sus hijas que son 2 Andrea y Adriana se lo estan pidiendo al niño Jesus. somos un matrimonio de 40 años con 6 hijos y 13 nietos y unidos en Oracion ponemos en Sus Justas manos esta situacion. Yo tengo 65 años y Su padre 73 quisa Dios nos pone en Su camino para que se pueda aclarar el caso.
Que Dios lo Vendiga a usted y todo Su Familia. y muchas Gracias

Judyd Quiñones Baez

Tel - 787-757-2877
Cel - 787-639-0937

nombre y numero          20-11-2010

Andres DE LEON Quiñones

#29458-069

Unt. S4u, Cell 204

Federal Medical Center, Devens

P.O. Box 879

Ayer, Ma. 01432


Que Dios lo Vendiga
Gracias
Felicidades


Judith el Quiñones Baz

Yuelhyd Quiñones Baez
Calle 56A Bloque 2 F6
Lomas de Carolina
Carolina, P.R. 00987

CERTIFIED MAIL
7010 0290 0002 3832 8355

Honorable José A Fusté
Chief Judge
Office-CH.133
U.S. Court House
150 Carlos Chardon Str.
Hato Rey, P.R. 00918

$005.54⁰
PITNEY BOWES
02 1P
0001626431  NOV 22 2010
MAILED FROM ZIP CODE 00784